**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **ADEGBOYEGA JOSHUASVILLE** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **DEPARTMENT OF HUMAN SERVICES,** | : | |
| **OFFICE OF CHILDREN YOUTH** | : | |
| **SERVICES, <u>et al</u>.** | : | **NO. 02-4871** |

<u>**O R D E R**</u>

AND NOW, this        day of July, 2002, plaintiff
having failed to submit a certified copy of his inmate trust fund
account statement for the six-month period preceding the receipt
of his complaint in this Court on July 12, 2002, as required by
28 U.S.C. § 1915(a),[1] it is hereby ORDERED that:

1.    Plaintiff's motion to proceed <u>in</u> <u>forma</u> <u>pauperis</u> is
DENIED without prejudice; and

2.    The Clerk shall CLOSE this case statistically.

**BY THE COURT:**

_____

**CLIFFORD SCOTT GREEN, J.**

---

1.  Plaintiff must get a certified account statement from any
prison in which he was incarcerated during the six-month period
from January 12, 2002 to July 12, 2002.  To give plaintiff a
clear picture of what the law requires, we attach an outline of
filing information.